## GROUND FOR REFUSAL OF ALIMONY TO WIFE.

### Circuit Court of Cuyahoga County.

### CAROLINE QUALLICH v. JOHN E. QUALLICH.*

#### Decided, March 28, 1905.

*Alimony—Wife Living Apart from Her Husband—Not Entitled to Alimony, When—Section 5702.*

An action for alimony by a wife who is living apart from her husband must be brought clearly within the statute, and where it appears

---

* Affirmed without opinion, *Quallich* v. *Quallich*, 72 Ohio State, 671.

from the evidence that the husband has offered her a suitable home and no reason appears why she should refuse the offer, the petition will be dismissed.

*Myer & Mooney,* for plaintiff.
*Hart, Canfield & Croke,* contra.

HENRY, J.; MARVIN, J., and WINCH, J., concur.

This cause is here on appeal. It was begun by Caroline Quallich, who is here seeking alimony for her support while living apart from her husband. It is clear that a case must be made within the statute to permit the allowance of alimony without divorce (*Nelson on Divorce and Separation,* Section 1,000). None of the grounds for alimony without divorce, enumerated in Section 5702, Revised Statutes, has been proved. It is most certainly neither abandonment nor gross neglect of duty for a husband to refuse to support his wife while she is living elsewhere than in the home which he provides or tenders, if the home so offered her is a reasonable one under the circumstances.

In this case we find from the evidence that the husband has tendered to his wife a suitable home, and no reason appears why she should refuse this offer. The petition is dismissed.